```
                            FILED
                          JAN 31 2008
                     CLERK, U.S. DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
                   BY        TAZ        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR269-JLS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| EDUARDO RUIZ-DIAZ (1), ROSALIO ZITLALPOPOCATL-AGUILA (2), FRANCISCO REYES-ROSALES (3), | |
| Defendants. | |

The United States Attorney charges:

On or about January 14, 2008, within the Southern District of California, defendants EDUARDO RUIZ-DIAZ, ROSALIO ZITLALPOPOCATL-AGUILA, and FRANCISCO REYES-ROSALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rigoberto Rodriguez-Cruz, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: January 31, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
1/31/08